JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KRISTOFFER R. G. TIZON, an individual,

Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware corporation; and DOES 1 through 10, inclusive

Defendant(s).

Case No. 2:23-cv-05667-WLH-PDx

**ORDER RE: STIPULATION TO REMAND THIS ACTION TO STATE COURT [13]**

Action Date: November 14, 2022
Trial Date: Not Yet Set

Having considered the Stipulation between Plaintiff Kristoffer R. G. Tizon and Defendant American Airlines Group, Inc., dba American Airlines, erroneously sued as American Airlines, Inc., to remand this action to State Court and good cause shown, it is hereby ordered that this action be remanded to the Superior Court of the State of California for the County of Los Angeles and that each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action to federal court and the remand.

**IT IS SO ORDERED.**

Dated: August 22, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE